UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-23946-CIV-MOORE/SIMONTON

BRUCE HESSE, et al.,

    Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES, LTD., etc.,

    Defendant.
_____/

### ORDER ON DISCOVERY CONFERENCE

On April 5, 2011, the undersigned held an emergency telephonic discovery conference regarding whether the parents of Plaintiff Jane Doe, a minor child, may be present during Jane Doe's deposition in this matter. As ruled during the discovery conference, based on the arguments of the parties provided during the discovery conference and for the reasons stated on the record, the undersigned finds that the mother of Jane Doe, Julie Hesse, may be present during the deposition of Jane Doe, provided Julie Hesse serves only as an observer to the deposition and does not provide any verbal or non-verbal communication to Jane Doe as to how Jane Doe should respond to the deposition questions.

Therefore, based upon a review of the record as a whole, it is

**ORDERED AND ADJUDGED** that Julie Hesse may attend the deposition of Jane Doe as indicated at the discovery conference and in the body of this Order.

**DONE AND ORDERED** in chambers in Miami, Florida, on April 5, 2011.

                                                          _/s/ Andrea M. Simonton_
                                                    ANDREA M. SIMONTON
                                                    UNITED STATES MAGISTRATE JUDGE

**Copies furnished via CM/ECF to:**
**The Honorable K. Michael Moore**
    **United States District Judge**
**All counsel of record**